HENRY FOWLER *v.* THE STATE.

PETIT THEFT — PENALTY — VERDICT. — Theft of property worth less than $20 is punishable by fine and imprisonment in the county jail, or by such imprisonment without fine, but not by fine alone; and a verdict assessing a fine alone will not support a conviction.

APPEAL from the County Court of Milam. Tried below before the Hon. R. J. BOYKIN, County Judge.

*W. K. Homan*, for the appellant.

*George McCormick*, Attorney-General, for the State.

CLARK, J. Theft of property under the value of $20 may be punished by fine and imprisonment in the county jail, or by such imprisonment without fine, but it cannot be punished by fine alone. Penal Code, art. 736. A verdict in such a case assessing the punishment at a pecuniary fine is contrary to the law, and not capable of supporting a conviction.

This being the character of the verdict in this case, the judgment is reversed and the cause remanded.

*Reversed and remanded.*